105 P.3d 666

# SUPREME COURT OF HAWAI'I

**February 9, 2005**

| 24522 | Jackson v. Kane | Vacated and Remanded |
| 25501 | Merck v. Western Ins. Service, Inc. | Vacated and Remanded |

**February 11, 2005**

| 23844 | Olson v. Coronel; American Sav. Bank, F.S.B. v. Coronel | Affirmed |

**February 15, 2005**

| 24052 | Foytik v. Department of Human Services | Vacated and Remanded |
| 26526 | State v. Dimov | Vacated and Remanded |